**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Roxanne Gonzales, Michael Reep, Justin Lohrer,
Gregory Key, and John Doe, Defendants,

Of whom Michael Reep is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-001509

———

Appeal From Chesterfield County
Salley Huggins McIntyre, Family Court Judge

———

Unpublished Opinion No. 2023-UP-071
Submitted January 25, 2023 – Filed February 22, 2023

———

**AFFIRMED**

———

Harry A. Hancock, of Columbia, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm
LLC, of Mauldin, for Respondent.

C. Heath Ruffner, of McLeod & Ruffner, of Cheraw, for the Guardian ad Litem.

_____

**PER CURIAM:**  Michael Reep appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Reep's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ. concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.